CO-386-online
10/03

# United States District Court
# For the District of Columbia

FIX THE COURT )
)
)
)
)
                Plaintiff  )    Civil Action No._____
vs )
DEPARTMENT OF JUSTICE )
)
)
              Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __FIX THE COURT_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __FIX THE COURT_____ which have any outstanding securities in the hands of the public:

   NONE.

These representations are made in order that judges of this court may determine the need for recusal.

                                  Attorney of Record
                                  _____
                                  Signature

__360418_____       David L. Sobel
BAR IDENTIFICATION NO.             Print Name

                                 5335 Wisconsin Ave., NW, Suite 640
                                 Address

                                 Washington, DC    20015
                                 City            State          Zip Code

                                 202-246-6180
                                 Phone Number