CO-386-online
10/03

# United States District Court
# For the District of Columbia

FIX THE COURT )
)
)
)
             Plaintiff )   Civil Action No. _____
vs )
)
DEPARTMENT OF JUSTICE )
)
)
             Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __FIX THE COURT__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __FIX THE COURT__ which have any outstanding securities in the hands of the public:

NONE.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ signature_

Signature

360418
BAR IDENTIFICATION NO.

David L. Sobel
Print Name

5335 Wisconsin Ave., NW, Suite 640
Address

Washington, DC 20015
City     State     Zip Code

202-246-6180
Phone Number