IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>                       Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>                       Defendant. | Case No. 17-cv-2189 (TSC) |

**DEFENDANT'S ANSWER**

      Defendant United States Department of Justice, by and through its undersigned counsel, hereby answers Plaintiff Fix the Court's Complaint, ECF No. 1, as follows.

      1.     Paragraph 1 consists of Plaintiff's characterization of this lawsuit, to which no response is required.  To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the injunctive and declaratory relief it seeks.

      2.     Paragraph 2 consists of Plaintiff's legal conclusions regarding jurisdiction and venue, to which no response is required.

      3.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3.

      4.     Admit.

      5.     Defendant admits that Plaintiff submitted a Freedom of Information Act ("FOIA") request to the U.S. Marshals Service ("USMS") on May 26, 2016 and respectfully refers the Court to that request for a complete and accurate statement of its contents.

6. Defendant admits that USMS sent Plaintiff a letter on May 27, 2016, in which it acknowledged receipt of Plaintiff's FOIA request. Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.

7. Defendant admits that it received from Plaintiff via email an amendment to the FOIA request alleged in Paragraph 5 of the Complaint on June 28, 2016. Defendant respectfully refers the Court to that amended request for a complete and accurate statement of its contents.

8. Defendant admits that USMS sent Plaintiff a letter on July 6, 2016, in which it acknowledged receipt of Plaintiff's amended FOIA request. Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.

9. Defendant admits that USMS received and deposited a check from Plaintiff for $240.00, dated July 6, 2016.

10. Defendant admits that USMS has received multiple email messages since July 2016 from a representative of Plaintiff inquiring about the status of the FOIA request alleged in the Complaint, as amended.

11. Defendant admits that it has not, in regard to Plaintiff's FOIA request alleged in the Complaint, as amended, issued a response providing a determination as to whether it will release or withhold any of the requested records in whole or in part or the reasons for any such determination.

12. In Paragraph 12, Plaintiff realleges Paragraphs 1 through 11 as if fully stated therein. Defendant thus incorporates by reference here its answers to those paragraphs.

13. Paragraph 13 consists of legal conclusions, to which no response is required.

14. Paragraph 14 consists of legal conclusions, to which no response is required.

15. Paragraph 15 consists of legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the injunctive and declaratory relief it seeks.

The final section of the Complaint, titled "Requested Relief," consists of Plaintiff's request for relief, to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the relief requested.

Each and every allegation of the Complaint not heretofore expressly responded to is hereby denied.

**DEFENSES**

1. Defendant's actions did not violate the FOIA or any other statutory or regulatory provision.

2. Plaintiff is not entitled to compel production of documents exempt from disclosure by one or more exemptions of the FOIA or that do not constitute "records" as defined by the FOIA, 5 U.S.C. § 552.

WHEREFORE, having answered, Defendant prays that:

1. This Court enter judgment for Defendant and dismiss this action with prejudice; and

2. Defendant be granted such further relief as the Court may deem just and proper.

Dated: November 30, 2017              Respectfully submitted,

                                      CHAD A. READLER
                                      Principal Deputy Assistant Attorney General

                                      JESSIE K. LIU
                                      United States Attorney, District of Columbia

                                      MARCIA BERMAN
                                      Assistant Branch Director

/s/ *James Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW
Washington, DC 20530
Telephone:  (202) 353-0543
Email:  james.r.powers@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Answer with the Clerk of the Court through the ECF system on November 30, 2017.  This system provided a copy to and effected service of this document on all parties.

/s/ *James Powers*
JAMES R. POWERS
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division