IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>  Defendant. | Case No. 17-cv-2189 (TSC) |

## JOINT STATUS REPORT

Plaintiff Fix the Court and Defendant United States Department of Justice, by and through their undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's Minute Order dated November 30, 2017.

This matter arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Plaintiff submitted the FOIA request at issue on June 28, 2016, seeking certain documents relating to the provision of security for traveling Justices of the U.S. Supreme Court by the U.S. Marshals Service ("USMS"). Compl. ¶ 7, ECF No. 1. Plaintiff filed this suit pursuant to that request on October 23, 2017. *Id.* Defendant filed its answer on November 30, 2017. *See* Answer, ECF No. 4. The Court then entered a Minute Order on November 30, 2017, ordering the parties to propose a schedule for proceeding and to provide certain information in regard to the status of Plaintiff's request and Defendant's processing of the request.

Defendant reports that it has conducted a search and identified approximately 315 pages of potentially responsive documents. Defendant's review and processing of these documents for responsiveness to Plaintiff's request and application of FOIA's exemptions is ongoing. Defendant also states that no motion for an Open America stay is likely in this case.

The parties have conferred and have agreed on the following schedule for proceedings:

- Defendant will produce responsive, non-exempt records to Plaintiff by March 1, 2018.

- The parties will meet and confer regarding the production and Plaintiff's objections to Defendant's search or production, if any, by March 15, 2018.

- If necessary, Defendant will file a motion for summary judgment, and an accompanying *Vaughn* index and/or declaration, by May 10, 2018.

A proposed order attached to this report reflects this proposed schedule.

Dated:  January 4, 2018                             Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU
United States Attorney, District of Columbia

MARCIA BERMAN
Assistant Branch Director

/s/ *James Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW
Washington, DC 20530
Telephone:  (202) 353-0543
Email:  james.r.powers@usdoj.gov

*Counsel for Defendant*

 /s/ *David L. Sobel*
DAVID L. SOBEL
D.C. Bar No. 360418
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court through the ECF system on January 4, 2018. This system provided a copy to and effected service of this document on all parties.

                                         /s/ *James Powers*
                                         JAMES R. POWERS
                                         Trial Attorney
                                         Federal Programs Branch
                                         U.S. Department of Justice, Civil Division