IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>           Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>           Defendant. | Case No. 17-cv-2189 (TSC) |

### [PROPOSED] ORDER

Before the Court is the Joint Status Report of the Parties filed January 4, 2018. Upon consideration of the matters discussed in the report, including the schedule proposed and agreed to by the Parties, it is hereby

**ORDERED** that the following schedule shall govern these proceedings:

- Defendant will produce to Plaintiff non-exempt records responsive to the Freedom of Information Act request alleged in the Complaint, ECF No. 1, by March 1, 2018.

- The parties will meet and confer regarding the production and Plaintiff's objections to Defendant's search or production, if any, by March 15, 2018.

- If necessary, Defendant will file a motion for summary judgment, and an accompanying *Vaughn* index and/or declaration, by May 10, 2018.

**SO ORDERED**.

 

TANYA S. CHUTKAN
United States District Judge
District of Columbia