## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FIX THE COURT,

               Plaintiff,

    v.

U.S. DEPARTMENT OF JUSTICE,

               Defendant.

Case No. 17-cv-2189 (TSC)

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

### RELIEF REQUESTED

Defendant United States Department of Justice hereby moves for a brief, 8 day extension of the deadlines to complete its production pursuant to Plaintiff's FOIA request at issue in this case and for the parties to meet and confer in regard thereto.  This motion is supported by good cause.  Defendant has conferred with Plaintiff on the motion and it is unopposed.

### ARGUMENT

In accord with the parties' agreed schedule in a Joint Status Report filed January 4, 2018, ECF No. 5, the Court previously ordered that Defendant complete its production of responsive, non-exempt records pursuant to the FOIA request at issue in this case by March 1, 2018.  *See* Minute Order, January 5, 2018.  Since then, Defendant has processed approximately 370 pages of records for production to Plaintiff.  Certain technical issues have arisen this week, however, with regard to formatting the documents for production that make it impracticable to finalize the production by the previously set deadline.  In order to resolve these issues sufficiently and properly protect any exempt material from disclosure, Defendant seeks an 8 day extension of its

production deadline to March 9, 2018.  Defendant does not anticipate seeking any further

extension of the production deadline.

To accommodate this requested extension of the production deadline and in fairness to

Plaintiff, Defendant also respectfully requests a corresponding 8 day extension of the deadline

for the parties to meet and confer regarding the production—from March 15 to March 23, 2018.

## CONCLUSION

For the foregoing reasons, Defendant respectfully requests 8 day extensions of its

production deadline and of the deadline for the parties to meet and confer.  A proposed order is

attached hereto.

Dated:  February 28, 2018                                  Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU
United States Attorney, District of Columbia

MARCIA BERMAN
Assistant Branch Director

/s/ *James Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW
Washington, DC 20530
Telephone:  (202) 353-0543
Email:  james.r.powers@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court through the ECF system on February 28, 2018.  This system provided a copy to and effected service of this document on all parties.

/s/ *James Powers*
JAMES R. POWERS