THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>            Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>            Defendant. | Case No. 17-cv-2189 (TSC) |

## [PROPOSED] ORDER

Before the Court is the Defendant's Unopposed Motion for Extension of Time filed February 28, 2018. Concluding that the relief requested in the motion is supported by good cause, it is hereby

**ORDERED** that the deadlines currently in place under the Court's Minute Order, January 5, 2018, are hereby extended as follows:

- Defendant will produce to Plaintiff non-exempt records responsive to the Freedom of Information Act request alleged in the Complaint, ECF No. 1, by March 9, 2018.

- The parties will meet and confer regarding the production and Plaintiff's objections to Defendant's search or production, if any, by March 23, 2018.

**SO ORDERED**.

_____
TANYA S. CHUTKAN
United States District Judge
District of Columbia