IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | Case No. 17-cv-2189 (TSC) |

**DEFENDANT'S UNOPPOSED MOTION TO AMEND
THE COURT'S MARCH 1, 2018 ORDER**

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, Defendant United States Department of Justice respectfully moves the Court to correct what it believes was a mistake made in granting Defendant's February 28, 2018 unopposed extension motion. Defendant has conferred with Plaintiff and it does not oppose this request.

In accord with the parties' agreed schedule in a Joint Status Report filed January 4, 2018, ECF No. 5, the Court previously ordered Defendant to complete its production of responsive, non-exempt records pursuant to the FOIA request at issue in this case by March 1, 2018, and the parties to meet and confer regarding the production by March 15. Minute Order, January 5, 2018. The Court also ordered Defendant to file a summary judgment motion, if any, by May 10, 2018 or, in the absence of such a motion, the parties to file a joint status report or joint stipulation of dismissal by May 15, 2018. *Id*.

Last week, on February 28, 2018, Defendant moved, without opposition, for a brief extension of the production and meet and confer deadlines, to March 9 and March 23, respectively. *See* ECF No. 6. Defendant did not seek any change to the May 10 summary

judgment deadline, or the alternative May 15 deadline.  *Id*.  By Minute Order dated March 1, 2018, the Court granted the motion.

In granting the motion, however, the Court also, *sua sponte*, re-set the deadlines for summary judgment briefing and for the parties to file a joint status report in the alternative.  In so doing, the Court significantly shortened the schedule and re-set these deadlines for a Sunday, April 15, 2018, without explanation.  Because Defendant did not request any alteration of these deadlines, and because shortening them is in fact inconsistent with Defendant's extension motion, Defendant believes this was an error.  Defendant therefore respectfully requests that the Court reinstate the parties' previously agreed to May 10 and May 15 deadlines, which the Court approved in its January 5 minute order.

Dated:  March 9, 2018                    Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU
United States Attorney, District of Columbia

MARCIA BERMAN
Assistant Branch Director

/s/ *James Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW
Washington, DC 20530
Telephone:  (202) 353-0543
Email:  james.r.powers@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court through the ECF system on March 9, 2018. This system provided a copy to and effected service of this document on all parties.

>　　　　　　　　　　/s/ *James Powers*
>　　　　　　　　　　JAMES R. POWERS