THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | Case No. 17-cv-2189 (TSC) |

### [PROPOSED] ORDER

Before the Court is the Defendant's Unopposed Motion to Amend the Court's March 1, 2018 Order. Upon consideration of the arguments made therein, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the Court's March 1, 2018 Minute Order is amended to reinstate the following two deadlines previously set by the Court's January 5, 2018 Minute Order:

- If necessary, Defendant will file a motion for summary judgment, and an accompanying Vaughn index and/or declaration, by May 10, 2018.

- In the absence of a summary judgment motion by defendant, the parties will file a joint status report (and proposed order) or a joint stipulation of dismissal by May 15, 2018.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　　　　District of Columbia