UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FIX THE COURT,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 17-cv-2189 (TSC) |
| **DEPARTMENT OF JUSTICE**, | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

In light of the Joint Stipulation of Dismissal filed by the parties, ECF No. 8, this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Date: May 2, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge